```
                    UNITED STATES DISTRICT COURT
                              for the
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| Fontaine Resource Group, Inc. | CIVIL # 11-4445 (KSH) |
| Plaintiff |  |
| v. | **ORDER OF DISMISSAL** |
| Valcom Incorportated, et al. |  |
| Defendant(s) |  |

It appearing in the above captioned action that the plaintiff has failed to move this case in accordance with the court's directive;

It is on this 9th day of January 2012,

ORDERED that this action is hereby dismissed as to all defendants without prejudice and without costs for failure to comply with the court's order of November 30, 2011.

/s/ Katharine S. Hadyen
_____
KATHARINE S. HAYDEN, U.S.D.J.